IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAURICE ALLISON MOORE,   )<br>                                                   )<br>           Plaintiff,             )<br>                                                   )<br>      v.                               )<br>                                                   )<br>LYNNE LANGE, Director, Nebraska  )<br>Domestic Violence Sexual Assault    )<br>Coalition,                            )<br>                                                   )<br>           Defendant.         )<br>                                                   ) | 4:09CV3084<br><br>**MEMORANDUM<br>AND ORDER** |

    Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

    IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

May 27, 2009.                      BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          Chief United States District Judge